UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WU,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | No.  2:25-cv-00779-TLN-CKD (PS)<br><br>ORDER |

On July 7, 2025, plaintiff Rebecca Wu, who proceeds without counsel, filed a motion for electronic filing (ECF No. 4) and a motion for an extension of time to file an amended complaint (ECF No. 5).

"[A]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff states that she is requesting to electronically file documents due to cost, so she does not have to make long trips, and because her printer has issues. (ECF No. 4 at 2.) Plaintiff does not provide good cause for deviance from the general procedure in the Local Rule at the present time. Plaintiff's request will be denied without prejudice to renewal at a later stage of the case.

However, if plaintiff would like to receive immediate email notifications when documents are filed in this case, instead of receiving service by mail, plaintiff may file such a request. In any

such request, plaintiff should provide an email address and state that she consents to receive service of documents electronically and waives the right to receive service by first class mail.

   Plaintiff also requests a forty-four (44) day extension of time, until August 31, 2025, to file an amended complaint. (ECF No. 5.) Good cause appearing, this request will be granted in part. August 31, 2025 is a Sunday, and forty-four days from the date the first amended complaint was originally due (July 16, 2025) is August 29, 2025. Therefore, plaintiff shall have until August 29, 2025 to file an amended complaint.

   Accordingly, IT IS ORDERED that:

   1. Plaintiff's motion for electronic filing (ECF No. 4) is DENIED without prejudice;

   2. Plaintiff's motion for an extension of time (ECF No. 5) is GRANTED in part; and

   3. Plaintiff shall have until August 29, 2025 to file an amended complaint.

Dated: July 11, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, wu.0779.25

2