UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WU,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>  Defendants. | No. 2:25-cv-00779-TLN-CKD (PS)<br><br>ORDER |

Plaintiff Rebecca Wu, who proceeds without counsel, initiated this action by filing a Complaint on March 10, 2025. (ECF No. 1.) On June 16, 2025, the Court granted plaintiff's motion to proceed in forma pauperis and dismissed plaintiff's complaint with leave to amend. (ECF No. 3.) Plaintiff filed two previous requests for extensions of time to file an amended complaint (ECF Nos. 5, 8; see ECF No. 7), which the Court granted (ECF Nos. 6, 10). Plaintiff also filed multiple requests to consolidate this case with case Wu v. Kerestenzis, 2:24-cv-03353-DJC-JDP PS. (ECF Nos. 8, 11, 15.) Plaintiff also filed a third request for an extension of time to file an amended complaint. (ECF No. 15.)

First, plaintiff requests to extend the time to file her amended complaint until December 17, 2025, and states she is seeking a 44 day extension. (ECF No. 15.) Plaintiff's amended complaint was due October 14, 2025 (see ECF No. 10), and a 44 day extension would be until

1

1  November 27, 2025. Because November 27, 2025 is a holiday, however, the Court will grant
2  plaintiff an extension until December 1, 2025 to file an amended complaint.
3          Second, plaintiff seeks to consolidate this case with Wu v. Kerestenzis, 2:24-cv-03353-
4  DJC-JDP PS. Federal Rule of Civil Procedure 42(a) permits a court to consolidate actions
5  involving common questions of law or fact. In determining whether to consolidate actions, the
6  court weighs "the interest of judicial convenience against the potential for delay, confusion and
7  prejudice caused by consolidation." Southwest Marine, Inc., v. Triple A. Mach. Shop, Inc., 720 F.
8  Supp. 805, 807 (N.D. Cal. 1989).
9          At this time, plaintiff has not filed an amended complaint, therefore there is no operative
10 complaint in this case. The Court is unable to determine whether there is a common question of
11 law or fact between this case and Wu v. Kerestenzis, 2:24-cv-03353-DJC-JDP PS. Accordingly,
12 plaintiff's motions to consolidate (ECF Nos. 8, 11, 15) are DENIED without prejudice to refiling
13 after plaintiff files an amended complaint.
14         Accordingly, IT IS ORDERED that:
15     1. Plaintiff's motions to consolidate cases (ECF Nos. 8, 11, 15) are DENIED without
16        prejudice;
17     2. Plaintiff's motion for an extension of time (ECF No. 15) is GRANTED in part; and
18     3. Plaintiff shall have until December 1, 2025 to file an amended complaint.
19 Dated:  November 3, 2025

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

5, wu.0779.25

2